IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:14CR210-1
:
YASHIRA MONTES, :
also known as Chi Chi :

The United States Attorney charges:

On or about April 19, 2013, in the County of Guilford, in the Middle District of North Carolina, YASHIRA MONTES, also known as Chi Chi, did make, utter and possess a counterfeit security of an organization that operated in and engaged in activities affecting interstate commerce, that is, a falsely counterfeited traveler's check of American Express Travel Related Services, Inc., in the amount of $100.00, with the signature and countersignature of Yvonne Dean and made payable to Victoria's Secret, with the intent to deceive another person and organization; in violation of Title 18, United States Code, Section 513(a).

FRANK J. CHUT, JR.
ASSISTANT UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY